**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**



FILED
FEB - 6 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| v. | : Action No. 2:07cr207 |
| **DARRIUS JONES,** | : |
| **Defendant.** | : |

**ACCEPTANCE OF PLEA OF GUILTY,**
**ADJUDICATION OF GUILT and**
**NOTICE OF SENTENCING**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Count 1 of a one (1) count Indictment, is now CONDITIONALLY ACCEPTED and the defendant will be ADJUDGED GUILTY of such offense at the sentencing.

Sentencing is hereby scheduled for April 9, 2008 at 10:00 a.m.

The Clerk is DIRECTED to forward a copy of this Order to counsel for defendant and to the Assistant United States Attorney.

IT IS SO ORDERED.

/s/
Walter D. Kelley, Jr.      (WDKjr.)
United States District Judge

Norfolk, Virginia
February 5, 2008